UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| TIMOTHY PAUL MAHAFFEY and JERI JEAN MAHAFFEY, | : | BANKRUPTCY #04-02119-S |
| | | MOTION TO DISMISS |
| Debtors. | : | |

COMES NOW the Trustee and moves that the above-captioned Chapter 7 bankruptcy be dismissed for the following reasons:

1. That a §341 meeting of creditors was scheduled for June 28, 2004, at which time the debtors and debtors' attorney failed to appear.

2. That the meeting of creditors was rescheduled for July 26, 2004, at which time the debtors failed to appear. At that time, the debtors' attorney indicated that the debtors had moved to Texas.

3. That the meeting of creditors was rescheduled for August 16, 2004, at which time the debtors failed to appear.

4. That the meeting of creditors was rescheduled for September 20, 2004, at which time the debtors failed to appear.

5. That the meeting of creditors was rescheduled by the U.S. Trustee's Office for October 20, 2004, to be held telephonically, at which time the debtors failed to appear.

6. That debtors' appearance is required by §343 and Bankruptcy Rule 4002(1).

WHEREFORE, Trustee prays that the debtors' voluntary Chapter 7 be dismissed for the reason that they failed to attend scheduled meeting of creditors and otherwise failed to comply with the Bankruptcy Rules.

/s/ Wil L. Forker
Wil L. Forker, Trustee  1707
505 6th St., Ste. 530
Sioux City, IA  51101
(712) 252-1395

Copy to:

Office of U.S. Trustee
Law Bldg., Suite 400
225 2nd St., SE
Cedar Rapids, IA  52401

Craig H. Lane
505 5th St., Ste. 702
Sioux City, IA  51101
Attorney for Debtors

Timothy and Jeri Mahaffey
4021 Taft Blvd., Apt. 130
Wichita Falls, TX  76308